**FILED**

08/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0434



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 23 - 0434

DALE D. NEWBURY,

        Petitioner and Appellant,

v.

STATE OF MONTANA,

        Respondent and Appellee.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

      Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

      DATED: August 11, 2023.

                          BOWEN GREENWOOD
                          Clerk of the Supreme Court